UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORNELIUS WILSON (#9000060276)

VERSUS

HAROLD WILLIAMS, ET AL.

CIVIL ACTION

NO. 14-582-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 26, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), unless the Plaintiff files an Amended Complaint which alleges specific facts as to each Defendant that are sufficient to state a claim upon which relief may be granted. If the Complaint is dismissed, the Court declines to exercise supplemental jurisdiction over any state law claims the Plaintiff may have alleged.

Baton Rouge, Louisiana the 23 day of January, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.