UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORNELIUS WILSON (#9000060276)

VERSUS

HAROLD WILLIAMS, ET AL.

CIVIL ACTION

NO. 14-582-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Supplemental Report and Recommendations*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 20, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Complaint*, as amended, shall be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), without leave to further amend the complaint, and this action shall be dismissed.

Baton Rouge, Louisiana the 10 day of March, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 12.